BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
TIAN BAO GUO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIAN BAO GUO,<br><br>    Defendant. | No.  CR. 08-543 GEB<br><br>STIPULATION TO CONTINUE THE DATE FOR SENTENCING |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Tian Bao Guo, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant United States Attorney Michael Beckwith, that the date for sentencing presently set for December 4, 2009 at 9:00 a.m., should be continued to December 18, 2009 at 9:00 a.m.

Mr. Beckwith has authorized Mr. Locke to sign this pleading for him.


DATED: November 30, 2009          /S/
                                  BRUCE LOCKE
                                  Attorney for Tian Bao Guo


DATED: November 30, 2009          /S/ Bruce Locke
                                  For MICHAEL BECKWITH
                                  Attorney for the United States

1

IT IS SO ORDERED.

Dated: November 30, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge