1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   TIAN BAO GUO
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,       )   No.  CR. 08-543 GEB
                                   )
9              Plaintiff,          )
                                   )   STIPULATION TO CONTINUE THE
10                                 )   DATE FOR SENTENCING
       v.                          )
11                                 )
   TIAN BAO GUO,                   )
12                                 )
               Defendant.          )
13 _____)

14     IT IS HEREBY STIPULATED AND AGREED between the defendant, Tian Bao Guo, by

15 and through his defense counsel, Bruce Locke, and the United States of America, by and through its

16 counsel, Assistant United States Attorney Michael Beckwith, that the date for sentencing presently

17 set for January 8, 2010 at 9:00 a.m., should be continued to January 15, 2010 at 9:00 a.m.

18     Mr. Beckwith has authorized Mr. Locke to sign this pleading for him.  The reason for the

19 delay is that Mr. Locke must be in state court in Stockton as a witness.

20

21 DATED: January 5, 2010                    /S/ Bruce Locke
                                           BRUCE LOCKE
22                                         Attorney for Tian Bao Guo

23

24
   DATED: January 5, 2010                    /S/ Bruce Locke
25                                         For MICHAEL BECKWITH
                                           Attorney for the United States
26

27

28

29                                      1

IT IS SO ORDERED.

Dated: January 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge